NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GUZIK TECHNICAL ENTERPRISES, INC.,**
*Plaintiff-Appellant,*

**v.**

**WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL (FREMONT) INC., WESTERN DIGITAL (THAILAND) COMPANY LIMITED,** AND **WESTERN DIGITAL (MALAYSIA) SDN.BHD.,**
*Defendants-Appellees.*

---

2014-1421

---

Appeal from the United States District Court for the Northern District of California in No. 5:11-cv-03786-PSG, Magistrate Judge Paul S. Grewal.

---

**JUDGMENT**

---

A. MARISA CHUN, McDermott, Will & Emery, LLP, of Menlo Park, California, argued for plaintiff-appellant. With her on the brief were DANIEL E. ALBERTI and ERIC W. HAGEN. Of counsel were M. MILLER BAKER, of Washington, DC, and NATALIE A. BENNETT, of Chicago, Illinois.

DOUGLAS E. LUMISH, Latham & Watkins, LLP, of Menlo Park, California argued for defendants-appellees. With him on the brief were RICHARD G. FRENKEL and MICHELLE P. WOODHOUSE; and JAMES L. DAY, of San Francisco, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, BRYSON, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| January 9, 2015 | /s/  Daniel  E.  O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |